## Commonwealth *v.* Turner, Appellant.

Before ZIEGLER, J.

Argued November 12, 1974. *John H. Corbett, Jr.*, Trial Defender, with him *John J. Dean*, Chief, Appellate Division, and *George H. Ross*, Public Defender, for appellant; *Nicholas P. Brenlove*, with him *Robert L. Eberhardt*, Assistant District Attorney, *John M. Tighe*,

First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.